IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE,<br><br>    Plaintiff,<br><br>  v.<br><br>SANTA CLARA DEPARTMENT OF CORRECTIONS; SANTA CLARA VALLEY MEDICAL CENTER CUSTODIAL MEDICAL DEPARTMENT; CORRECTIONAL OFFICER NGUYEN,<br><br>    Defendants. | No. C 14-2568 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff, an inmate at the Santa Clara County Jail filed this pro se civil rights complaint under 42 U.S.C. § 1983 claiming that he has not received proper care for pain in his lower back. In his original complaint, he sued the Santa Clara County Department of Corrections and the Santa Clara Valley Medical Center, two entities that are part of the County of Santa Clara. The complaint was dismissed with leave to amend because Plaintiff did not allege any policy, pattern or general practice by Santa Clara County that caused him to receive inadequate care. *See Plumeau v. School Dist. #40 County of Yamhill*, 130 F.3d 432, 438 (9th Cir. 1997); *see Monell v. Dep't of Social Servs.*, 436 U.S. 658, 690 (1978). Plaintiff was instructed to cure this deficiency in an amended complaint and that if he did not the case would be dismissed. Plaintiff has filed an

amended complaint in which he reiterates his claim of inadequate medical care at the jail, but does not allege any policy, pattern or practice by Santa Clara County or its officials that led to the inadequate care.  As a result, the amended complaint does not cure the deficiency in the original complaint.  The amended complaint names a new defendant, Correctional Officer Nguyen, but there are no allegations against him in the form amended complaint nor does his name appear in the attachments.

For the foregoing reasons, this case is DISMISSED.  The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: October 7, 2014

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHAWNCEY BLAKE,

          Plaintiff,

  v.

SANTA CLARA DEPT OF CORRECTIONS et al,

          Defendant.

Case Number: CV14-02568 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawncey Blake DUJ722
Santa Clara Department of Corrections
Santa Clara Valley Medical Center
701 S. Abel St.
Milpitas, CA 95035

Dated: October 7, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk